IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUNTERRA DISTRIBUTION, LLC, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:18-CV-2783-S |
| | § | |
| CASTROS DISTRIBUTION LLC, a/k/a | § | |
| CASTRO PRODUCE, and DIMAS | § | |
| CASTRO, individually, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Plaintiffs' Motion for Default Judgment Against Defendants,* filed December 27, 2018 (doc. 13), is hereby **GRANTED**. By separate judgment, the plaintiff will be awarded the relief it seeks in its motion.

**SO ORDERED.**

SIGNED September 15, 2019.

_____
UNITED STATES DISTRICT JUDGE